# COURTROOM MINUTE SHEET
# SENTENCING PROCEEDINGS

Date: 1/16/18   Case No. 4:16CR00553 HEA-1
UNITED STATES OF AMERICA vs. SAMUEL DOUGLAS HAZER
Judge: AUTREY   Court Reporter: A. DALEY
Deputy Clerk: K. Shirley   Interpreter:
Assistant United States Attorney(s): Gwendolyn Carroll
Attorney(s) for Defendant: J. Martin Hadican
Probation Officer:

☑ Defendant/Parties present for imposition of sentence.
☐ No objections to presentence report filed by either party.
☑ Objections to presentence report filed by ☑ Defendant ☐ USA
☑ Objections to presentence report heard and ☐ Granted/sustained ☑ Denied ☐ as follows:

_____

☑ Presentence Report adopted/accepted by Court as findings of fact and filed under seal.
☐ Government's Motion is ☐ granted ☐ denied

☑ Letters received regarding defendant received and reviewed by the Court.
☑ Letters to be made part of the record and filed Under Seal.
☑ Sentence imposed (see judgment)

_____
_____

☐ The Court makes the following recommendations to the Bureau of Prisons:
_____

☐ Ordered that Count(s) _____ dismissed on motion of AUSA
☐ Defendant remanded to custody of the USMS
☑ Defendant granted a voluntary surrender to the institution/USMS for incarceration as:
☑ Notified by USMS.   ☐ Surrender date ordered: _____
☐ Defendant is released on Probation/Supervised Release pending processing by USMS.
☐ Witness testimony (see witness list)  ☐ Exhibits returned to/retained by counsel (see exhibit list)
☐ Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney

Proceedings commenced 11:18 a.m.   Concluded 11:41 a.m.